UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LANDON CORNEY,

                Petitioner,

    v.                                            9:05-CV-338

WILLIAM F. HENRI, Executive Director,
South Beach Psychiatric Center,

                Respondent.
_____

APPEARANCES:                                OF COUNSEL:

FOR THE PETITIONER:

OFFICE OF WILLIAM B. ROSBROOK        WILLIAM B. ROSBROOK, ESQ.
32 West Genesee St.
The Sherwood House
Skaneateles, NY 13152


FOR THE RESPONDENT:

ATTORNEY GENERAL OF THE             LUKE MARTLAND, ESQ.
 STATE OF NEW YORK
120 Broadway, 22nd Floor
New York, NY 10271

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 19th day of April, 2007.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

      1.  ORDERED that the petition for a writ of habeas corpus is DENIED, and it is further

      2.  ORDERED that the petitioner has failed to make a substantial showing of a denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2); accordingly, no certificate of appealability shall issue, and it is further

      3. ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

      IT IS SO ORDERED.

Dated: May 9, 2007
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

2